UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
JOHN BALDWIN, ET AL.,               :
                                    :
    Plaintiffs,                    :
                                    :           Honorable Madeline Cox Arleo
v.                                  :
                                    :           Civil Action No. 07-1265 (WHW)
ANTHONY J. VOYLES, JR., ET AL.,     :
                                    :           **REPORT AND RECOMMENDATION**
    Defendants.                    :
_____:

**THIS MATTER** having come before the Court upon the motions of plaintiffs, John Baldwin and Sharon Baldwin (Michelle Camacho, Esq. of D'Alfonso and Camacho, P.A., appearing) to remand the pending action (Docket Entry Nos. 3 & 9) upon notice to defendants, Anthony Voyles, Jr. and Werner Enterprises (Jeffrey Segal, Esq. of Rawle & Henderson LLP, appearing), and the Court having considered the papers submitted in support of and in opposition to the remand motions and having heard the argument of the parties, and for the reasons set forth on the record on August 2, 2007, and for good cause shown;

    **IT IS** on this 2nd day of August 2007,

    **RECOMMENDED THAT** plaintiffs' motions to remand (Docket Entry Nos. 3 & 9) be **DENIED**.

    The parties have ten (10) days from the date hereof to file objections.

                                                 *s/Madeline Cox Arleo*
                                                 MADELINE COX ARLEO
                                                 United States Magistrate Judge

cc:    Hon. William H. Walls, U.S.D.J.
        Clerk of the Court
        All Parties
        File