UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BALDWIN, ET AL., : | |
| : | |
| Plaintiffs, : | **ORDER** |
| : | |
| v. : | Civ. No. 07-1265 (WHW) |
| : | |
| ANTHONY J. VOYLES, ET AL., : | |
| : | |
| Defendants. : | |

This matter is before the Court on Plaintiffs John Baldwin's and Sharon Baldwin's motion to remand the suit to the Superior Court of New Jersey, Middlesex County, pursuant to 28 U.S.C. § 1447(c). The Court referred the matter to Magistrate Judge Madeline C. Arelo for a Report and Recommendation.

Having considered the written submissions of the parties and having heard oral argument of the parties on August 2, 2007, Magistrate Judge Arleo recommended that Plaintiffs' motion to remand be denied. No objections to the Report and Recommendation were filed. Upon a review of the Report and Recommendation, the Court is satisfied that it is not clearly erroneous. Rather, Magistrate Judge Arleo's conclusions are well-supported.

For the reasons set forth on the record on August 2, 2007 before Magistrate Judge Arleo and for good cause shown;

It is on this 30th day of August, 2007:

ORDERED that the Court approves and adopts the Report and Recommendation of

Magistrate Judge Arleo in its entirety; and it is further

ORDERED that Plaintiffs' motion to remand is DENIED.

<u>**/s/William H. Walls, U.S.S.J.**</u>